**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

NOT DESIGNATED FOR PUBLICATION

James T. Dixon  Jr.
Attorney At Law
1001 West Pinhook Rd.Suite 205
Lafayette LA 70503

**REHEARING ACTION: September 22, 2010**

**Docket Number: 10   00895-KW**

**STATE OF LOUISIANA**
**VS.**
**ANTHONY SHELVIN**

**Writ Application from Lafayette Parish Case No. 111308**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. Shannon J. Gremillion**
> **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **15th Judicial Public Defender Office** has this day been

> **DENIED.**

cc: Michael Harson, Counsel for  the Respondent
Cynthia K. Simon, Counsel for  the Respondent
Anthony Shelvin, Pro Se